```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLARD E. BARTEL,                )
     Appellant,                   )   Civil Action No. 09-887
                                  )
          v.                      )   Procedural Order for
                                  )    Bankruptcy Appeals
AMERICAN CAPITAL EQUIPMENT,       )
LLC., ET AL.,                     )
     Appellees.                   )
```

## ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    (1)   The appellant shall serve and file their brief by August 7, 2009;

    (2)   The appellees shall serve and file their brief by August 28, 2009;

    (3)   The appellant may serve and file a reply brief by September 11, 2009;

    (4)   No extensions of time will be permitted without order of the Court.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

Dated: July 17, 2009

cc: All parties of record